■ In the Matter of FRALL REALTY CORP., Respondent, v. WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Final order entered on August 24, 1960, reducing the assessments on petitioner's real property for the tax years 1956–1957 through 1959–1960, unanimously reversed, on the law and on the facts, and the assessments for the tax years involved reinstated, with $20 costs and disbursements to respond-

ents-appellants. The assessments for the tax years under review are fully supported by the record. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.